COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,
Respondent.

No. 92 EM 2012.

Supreme Court of Pennsylvania.

Aug. 23, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 23rd day of August, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Joseph Anthony FRISINA, Petitioner.

Supreme Court of Pennsylvania.

Aug. 23, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 23rd day of August, 2012, the Petition for Allowance of Appeal is **DENIED** without prejudice to the petitioner's right to file another PCRA petition premised on *Miller v. Alabama,* —— U.S. ——, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012).